UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY PEREZ,<br><br>        Plaintiff,<br><br>    v.<br><br>FLOYD RUDD,<br><br>        Defendant. | Case No. 23-cv-02029-AMO<br><br>**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION AND DENYING AS MOOT MOTION FOR LEAVE TO PROCEED IN FORMA PAUPERIS**<br><br>Re: Dkt. Nos. 3, 6 |

The Court has reviewed Magistrate Judge Thomas S. Hixson's Report and Recommendation to remand this action to the Contra Costa County Superior Court. The period for objections has elapsed, and no objections were filed. *See* Fed. R. Civ. P. 72.

The Court finds the Report correct, well-reasoned, and thorough, and adopts it in every respect. The complaint in this unlawful detainer case reveals no basis for the exercise of either diversity or federal-question jurisdiction. *See* ECF No. 1. Accordingly, this action is hereby REMANDED to the Superior Court of Contra Costa County. The Court DENIES AS MOOT Defendant's motion to proceed in forma pauperis.

**IT IS SO ORDERED.**

Dated: June 12, 2023

**ARACELI MARTÍNEZ-OLGUÍN**
**United States District Judge**